```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

IN RE: KATHLEEN S NEURAUTER            )
                                       )
Cenlar Central Loan Admin & Reporting, )
          Creditor,                    )
                                       )
   vs.                                 ) CASE NO. 09B05512
                                       ) JUDGE A. Benjamin Goldgar
KATHLEEN S NEURAUTER,                  )
          Debtor                       )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Cenlar Central Loan Admin & Reporting, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the April 1, 2012 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of March 30, 2012:

   a. Late Charges          $235.57

   Total                    $235.57

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Cenlar Central Loan Admin & Reporting rights to collect these amounts will be unaffected.

Respectfully Submitted,

Cenlar Central Loan Admin & Reporting

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604

```
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088
```

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RE:  KATHLEEN S NEURAUTER | ) |
| | ) CASE NO. 09B05512 |
| Cenlar Central Loan Admin & Reporting, | ) |
| | ) Judge A. Benjamin Goldgar |
| Creditor, | ) |
| vs. | ) |
| | ) |
| KATHLEEN S NEURAUTER, | ) |
| Debtor, | ) |

**CERTIFICATE OF SERVICE**

  I, the undersigned Attorney, Certify that a copy of this Response was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on April 13, 2012, with proper postage prepaid.

            <u>/s/Lydia Y. Siu</u>
            Lydia Y. Siu
            ARDC#6288604

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\*\*\***

Pierce and Associates,
1 North Dearborn
13th Floor
Chicago, IL 60602

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**

To Debtor:
KATHLEEN S NEURAUTER
2994 Falling Waters Lane
Lindenhurst, IL 60046
**by U.S. Mail**

To Attorney:
Legal Helpers
233 S. Wacker Drive, Suite 5150
Chicago, IL 60602
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North DearbornSuite 1300
Chicago, Illinois 60602
(312) 346-9088

PA09-1126