```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

IN RE: KATHLEEN S NEURAUTER           )
                                      )
Baxter Credit Union,                  )
          Creditor,                   )
                                      )
   vs.                                ) CASE NO. 09B05512
                                      ) JUDGE A. Benjamin Goldgar
KATHLEEN S NEURAUTER,                 )
          Debtor                      )
```

**AMENDED RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Baxter Credit Union, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the April 1, 2012 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of March 30, 2012:

    a. Late Charges          $235.57

    Total                    $235.57

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Baxter Credit Union rights to collect these amounts will be unaffected.

Respectfully Submitted,

Baxter Credit Union

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604

```
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088
```

Case 09-05512    Doc 39    Filed 04/16/12    Entered 04/16/12 17:07:17    Desc Main
                            Document      Page 2 of 4

Pierce and Associates, P.C.
1 North Dearborn

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


RE:   KATHLEEN S NEURAUTER           )
                                     ) CASE NO. 09B05512
Cenlar Central Loan Admin &          )
Reporting,                           ) Judge A. Benjamin Goldgar
              Creditor,              )
      vs.                            )
                                     )
KATHLEEN S NEURAUTER,                )
              Debtor,                )
```

## CERTIFICATE OF SERVICE

     I, the undersigned Attorney, Certify that a copy of this Amended Response was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on April 16, 2012, with proper postage prepaid.

                                                      /s/Lydia Y. Siu
                                                      Lydia Y. Siu
                                                      ARDC#6288604


**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**    Pierce and Associates,
**TO COLLECT A DEBT AND ANY**             1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**    13th Floor
**FOR THAT PURPOSE\*\*\***                    Chicago, IL 60602

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**

To Debtor:
KATHLEEN S NEURAUTER
2994 Falling Waters Lane
Lindenhurst, IL 60046
**by U.S. Mail**

To Attorney:
Legal Helpers
233 S. Wacker Drive, Suite 5150
Chicago, IL 60602
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North DearbornSuite 1300
Chicago, Illinois 60602
(312) 346-9088

PA09-1126